**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Veronica Cruz, Esq. (SBN 318648)
veronica@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
JESSE BANAGA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BANAGA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | **Case No.** 3:18-cv-02756-GPC-WVG<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF JESSE BANAGA** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 83.3(f), Joshua B. Swigart, Esq. ("Mr. Swigart") respectfully requests that Mr. Swigart be withdrawn as counsel of record for Plaintiff JESSE BANAGA ("Plaintiff"). Plaintiff will continue to be represented by counsel from Kazerouni Law Group, APC who have entered appearances in this action, and the withdrawal of Mr. Swigart will cause no prejudice to any party or delay in the case schedule.

It is further requested that Mr. Swigart's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to josh@westcoastlitigation.com and that Mr. Swigart's name be removed from any applicable service lists. Counsel of record for Plaintiff otherwise remains the same.

Date: September 6, 2019

**HYDE & SWIGART**

By: /s/ Joshua B. Swigart
JOSHUA B. SWIGART, ESQ.
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 6, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Executed on September 6, 2019, at San Diego, California

/s/ Joshua B. Swigart
JOSHUA B. SWIGART