| | |
|---|---|
| 1 | Abbas Kazerounian, Esq. (SBN 249203) |
| 2 | ak@kazlg.com<br>Veronica Cruz, Esq. (SBN 318648) |
| 3 | veronica@kazlg.com<br>**KAZEROUNI LAW GROUP, APC** |
| 4 | 245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626 |
| 5 | Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 |
| 6 | *Attorneys for Plaintiff* |
| 7 | Corey P. Hanrahan, Esq. (SBN 256835)<br>corey@hanrahanfirm.com |
| 8 | **THE HANRAHAN FIRM**<br>402 West Broadway, Suite 1760 |
| 9 | San Diego, California 92101<br>Telephone: (619) 377-6522 |
| 10 | Facsimile: (619) 377-6662<br>*Attorneys for Plaintiff* |
| 11 | Julie A. Vogelzang (SBN 174411) |
| 12 | julie@SchorVogelzang.com<br>Lisa Hird Chung (SBN 246766) |
| 13 | lisa@SchorVogelzang.com<br>Janelle R. Thornton (SBN 294514) |
| 14 | janelle@SchorVogelzang.com<br>**SCHOR VOGELZANG LLP** |
| 15 | 600 B Street, Suite 2200<br>San Diego, CA 92101 |
| 16 | Telephone: 619.906.2400<br>Facsimile: 619.906.2401 |
| 17 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BANAGA, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:18-cv-02756-GPC-WVG<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>Judge: Hon. Gonzalo P. Curiel |

JOINT MOTION FOR DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff JESSE BANAGA and defendant GOVERNMENT EMPLOYEES INSURANCE COMPANY ("Defendant") (collectively referred to as the "Parties"), by and through their counsel, hereby stipulate and respectfully move this Honorable Court to dismiss the above-captioned action with prejudice as to the named Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own attorneys' fees and costs.

Dated: September 27, 2019        Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *s/ Veronica Cruz*
    Veronica Cruz, Esq.
    Email: veronica@kazlg.com
    *Attorneys for Plaintiff*

Dated: September 27, 2019        Respectfully submitted,

**SCHOR VOGELZANG LLP**

By: *s/ Julie A. Vogelzang*
    Julie A. Vogelzang, Esq.
    Email: julie@SchorVogelzang.com
    *Attorneys for Defendant*

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to Defendant's counsel, Julie A. Vogelzang, and that I have obtained Defendant's counsel's authorization to affix her electronic signature to this document.

By: *s/ Veronica Cruz*
    Veronica Cruz, Esq.
    Email: veronica@kazlg.com