| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE BANAGA, individually and on behalf of all others similarly situated, | | Case No. 3:18-cv-02756-GPC-WVG |
| | Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| v. | | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | | |
| | Defendant. | Judge: Hon. Gonzalo P. Curiel |

1     Having considered the Parties' Joint Motion For Dismissal of the above-captioned action with prejudice as to the named Plaintiff's individual claims and without prejudice as to the claims of the putative class, and good cause appearing therefore, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  September 27, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION**
-1-